RAINES, Respondent, v. BLOCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Clifford J. Raines, an infant, etc., against Joseph Block. No opinion. Judgment and order affirmed, with costs.

RAMAPO MFG. CO., Respondent, v. MAPES, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by the Ramapo Manufacturing Company against Julia Pierson Mapes. No opinion. Motion for leave to appeal to the Court of Appeals (from 140 N. Y. Supp. 490) denied.

RATHBONE, SARD & CO., Respondent, v. PACIFIC COAST CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Rathbone, Sard & Co., against the Pacific Coast Casualty Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 151 App. Div. 947, 136 N. Y. Supp. 1146.

RAVENER, Respondent, v. CITIZEN PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by John J. Ravener, an infant, etc., against the Citizen Publishing Company. PER CURIAM. Judgment of the County Court of Kings County modified, by deducting therefrom the sum of $50, erroneously included therein, and, as so modified, the judgment and order are unanimously affirmed, without costs to either party in this court.

RAYNOR v. VAN R. SWEZEY COAL & LUMBER CO. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Benjamin S. Raynor against the Van R. Swezey Coal & Lumber Company. No opinion. Judgment affirmed, without costs.

RECORD, Appellant, v. KETCHUM, Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by George T. Record, by Chauncey Record, his guardian ad litem, against James A. P. Ketchum. No opinion. Judgment and order unanimously affirmed, with costs.

REICHENBACH et al., Appellants, v. KOTTLER, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Louis Reichenbach and others against Harry Kottler. I. L. Ernst, of New York City, for appellants. J. S. Ross, of Brooklyn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

REQUA, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) In the matter of Mary A. Requa against the Board of Education of New York. M. A. Requa, for appellant. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 N. Y. Supp. 1142.

RICHMOND SALES CO., Appellant, v. MORRIS, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by the Richmond Sales Company against William H. Morris. No opinion. Motion to dismiss appeal granted, with costs and disbursements, unless appellant stipulate to incorporate in the printed papers the indorsement on the justice's return, made by the County Judge: "Judgment affirmed, with costs."

RIDGWOOD NAT. BANK, Respondent, v. STALLO, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by the Ridgwood National Bank against Edmund K. Stallo, impleaded with others. Rockwood & Haldane, of New York City, for appellant. W. S. Gordon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to amend on payment of costs. Order filed. See, also, 139 N. Y. Supp. 1142.

RIDLEY v. WALTER et al. (Supreme Court, Appellate Division, First Department. November, 1912.) Action by Edward A. Ridley, as trustee, against Magdalena Walter and others, in which the Kank Realty Company, purchaser, appeals. No opinion. Order reversed, with $10 costs and disbursements. See, also, 153 App. Div. 65, 137 N. Y. Supp. 1050.

RILEY, Respondent, v. RANSOM et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Elizabeth B. Riley against Eleanor M. Ransom and others. No opinion. Motion to set aside order directing that this case be submitted, and to strike the said case on appeal from this calendar, granted, without costs to either party as against the other. See, also, 140 N. Y. Supp. 1142.

RILEY, Respondent, v. RANSOM et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Elizabeth B. Riley against Eleanor M. Ransom and others. PER CURIAM. Motion to open default, taken on the 13th day of January, 1913, and granting a motion to vacate and set aside an order of Mr. Justice Tompkins, dated November 30, 1912, which directed the resettling of the case on appeal herein, granted, and motion to vacate such order denied, without costs to either party as against the other. See, also, 140 N. Y. Supp. 1142.

RITER–CONLEY MFG. CO., Appellant, v. SNARE & TRIEST CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by the Riter-Conley Manufacturing Company against the